UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HILAND PARK UNITED
PENTECOSTAL CHURCH,

    Plaintiff,

v.                                         LEAD CASE NO. 5:19cv194-MCR-MJF

GUIDEONE ELITE INSURANCE
COMPANY,

    Defendant.
    _____/

FIRST PENTECOSTAL CHURCH
OF PANAMA CITY, INC.,

    Plaintiff,

v.                                         CASE NO. 5:19cv196-MCR-MJF

 GUIDEONE ELITE INSURANCE
COMPANY,

    Defendant.
    _____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 19, 2021.  ECF No. 51.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an

opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) Guideone Elite Insurance Company's motion for taxation of costs, ECF No. 48, is GRANTED.

(3) Costs are taxed Against Plaintiff Hiland Park United Pentecostal Church in the amount of $466.20.

(4) Costs are taxed against Plaintiff First Pentecostal Church of Panama City, Inc. in the amount of $486.20.

(5) The clerk is directed to tax such costs and close the file.

**DONE AND ORDERED** this 10th day of June 2021.

                                                         s/ *M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**